No. 299. JERSEY CENTRAL POWER & LIGHT Co. *v.* FEDERAL POWER COMMISSION; and

No. 329. NEW JERSEY POWER & LIGHT Co. *v.* FEDERAL POWER COMMISSION. October 12, 1942. Petitions

for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Reynier J. Wortendyke, Jr.* for petitioner in No. 299. *Mr. Allen E. Throop* for petitioner in No. 329. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Ellis Lyons, Richard S. Salant, Charles V. Shannon,* and *Lambert McAllister* for the Federal Power Commission. *Mr. Francis A. Pallotti,* Attorney General of Connecticut, filed a memorandum in support of the petition. *Messrs. John E. Benton* and *Frank B. Warren* filed a brief on behalf of the National Association of Railroad and Utilities Commissioners, as *amicus curiae,* in support of the petition. ▮